```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 02184
   THOMAS BOLDEN JR
                                            CHAPTER 13

                                            JUDGE: A BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-3725

------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 01/24/2005 and was confirmed 03/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 07/11/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
ARONSON FURNITURE          SECURED           1133.00         98.52       1133.00
ARONSON FURNITURE          UNSEC W/INTER     3022.98        340.19       3022.98
WELLS FARGO BANK           CURRENT MORTG        .00            .00           .00
INTERNAL REVENUE SERVICE   PRIORITY          7113.74        744.36       7113.74
AMERICAN GENERAL FINANCE   UNSEC W/INTER   NOT FILED          .00            .00
CITY MUNICIPAL EMPLYEES    SECURED           3526.43        410.57       3526.43
CITY MUNICIPAL EMPLYEES    SECURED           2836.71        320.48       2836.71
ARONSON FURNITURE          SECURED            121.00         11.26        121.00
ARONSON FURNITURE          UNSEC W/INTER      322.10         35.09        322.10
ARONSON FURNITURE          NOTICE ONLY     NOT FILED          .00            .00
INTERNAL REVENUE SERVICE   UNSEC W/INTER     1246.41        130.76       1246.41
ECAST SETTLEMENT CORP      UNSEC W/INTER      785.27         79.38        785.27
BLAIR CORPORATION          UNSEC W/INTER      624.68         60.84        624.68
MIDLAND CREDIT MANAGEMEN   UNSEC W/INTER     1303.35        122.25       1303.35
LEDFORD & WU               DEBTOR ATTY       2,400.00                    2,400.00
TOM VAUGHN                 TRUSTEE                                       1,631.73
DEBTOR REFUND              REFUND                                        1,862.16

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE             30,283.26

PRIORITY                                  7,113.74
     INTEREST                               744.36
SECURED                                   7,617.14
     INTEREST                               840.83
UNSECURED                                 7,304.79
     INTEREST                               768.51
ADMINISTRATIVE                            2,400.00
TRUSTEE COMPENSATION                      1,631.73

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 02184 THOMAS BOLDEN JR
```

```
DEBTOR REFUND                                                  1,862.16
                                        ---------------   ---------------
TOTALS                                        30,283.26         30,283.26
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
Dated: 10/25/07                         _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```